# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

### Weekly Report of
### NEW CASES DOCKETED

#### NEW CASES DOCKETED

| | |
|---|---|
| Amorosi v. Lange | 19780 |
| Atlas Securities Co. v. Van Sweringen | 19773 |
| Baxter et v. Van Houter | 19769 |
| Evans v. Hellwarth | 19776 |
| Jacobs v. Ferris | 19779 |
| Katz v. Adelstein | 19770 |
| Malvin Bros. Co. v. Schwartz | 19772 |
| Middleton v. Laub Baking Co | 19775 |
| N. Y. Cent. Rd. Co. v. Mrkela | 19767 |
| Paskell v. Yarmelli | 19768 |
| Palmer-Blair Co. v. Toledo Mantel Co | 19778 |
| Remix v. Cleveland Tr. Co | 19773 |
| State ex Felder v. McVey | 19771 |
| Valley Oil Co. v. Vaughn | 19777 |

#### APRIL 13, 1926

19767—N. Y. Cent. Rd. Co. v. Joe Mrkela; motion for Cuyahoga Appeals to certify. West, Lamb, & Westenhaver, Cleveland, for pltf; Edward Davidson, Cleveland, for deft.

19768—John Paskell et v. Charles Yarmelli; motion for Perry Appeals to certify. Meyer & Crossan, Zanesville, and J. E. Powell, New Lexington, for pltf; J. L. Meenan, New Lexington, for deft.

19769—Alexander Baxter et v. Wray E. Van Houter; error to the Trumbull Appeals. Gillmer & Gillmer, Warren, for pltf; W. H. Pierson and G. T. Hecklinger, Warren, for deft.

19770—Sarah Katz v. Celia Adelstein; motion for Cuyahoga Appeals to certify. H. Neff, Cleveland, for pltf.

#### APRIL 14, 1926

19771—State of Ohio ex rel Anton J. Felder v. Frank C. McVey; error to the Franklin Appeals. Chas. A. Schwenker, R. H. Henney and C. M. Addison, Columbus, for pltf; B. F. Levinson and K. Little, Columbus, for deft.

19772—Malvin Bros. Co. v. M. A. Schwartz; motion for Cuyahoga Appeals to certify. Morganstern & Morganstern, Cleveland, for pltf; Gordon & Gordon, Cleveland, for deft.

#### APRIL 15, 1926

19773—Elizabeth Remix v. Cleveland Trust Co.; motion for Summit Appeals to certify. C. G. Roetzel, Akron, for pltf; Musser, Kinder & Huffman, Akron, for deft.

19774—Atlas Securities Co. v. A. W. Van Sweringen; motion for Ashland Appeals to certify. Louis Rosenberg, Indianapolis, Ind., and C. P. Winbrigler, Ashland, for pltf; J. L. Mason, Ashland, for deft.

#### APRIL 16, 1926

19775—Katherine Middleton v. Jacob Laub Baking Co.; motion for Cuyahoga Appeals to certify. Mooney, McCormack, Roth & Poltack, Cleveland, for pltf; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for deft.

19776—S. L. Evans Treasurer of Mercer County v. David Hellwarth; motion for Mercer Appeals to certify. Loree & Kalb, Celina, for pltf; J. F. Raudabaugh, Celina, for deft.

19777—Valley Oil Co. v. Mary Vaughn; motion for Mahoning Appeals to certify. W. F. Pfau and F. B. Bower, Youngstown, for pltf; W. A. Ambrose and A. M. Henderson, Youngstown, for deft.

19778—Palmer-Blair Co. v. Toledo Mantel & Tile Co.; motion for Lucas Appeals to certify. Ritter & Brumbach and C. K. Friedman, Toledo, for pltf; C. A. Thatcher, Toledo, for deft.

#### APRIL 18, 1926

19779—Adeline Jacobs v. C. V. Ferris; motion for Summit Appeals to certify. Kryder & Baer, Akron, for pltf; Smoyer & Smoyer, Akron, for deft.

#### APRIL 19, 1926

19780—Emilio Amorosi v. E. H. Lange; motion for Lake Appeals to certify. Giblin & Giblin, Painesville, for pltf; Tuttle, Hubbard & Willis, Painesville, for deft.

### PROCEEDINGS OF
### SUPREME COURT

#### OHIO SUPREME COURT
#### TUESDAY, APRIL 20, 1926
#### GENERAL DOCKET

| | |
|---|---|
| Bowers v. Bowers | 19500 |
| State ex. Ret. Bd. v. Bryan Vil. Dis | 19736 |
| State ex Ret. Bd. v. Bryan High Dist | 19737 |
| Surman v. Surman | 19194 |
| Youngstown & Surb. Ry. Co. v. Foulk | 19395 |

#### MOTION DOCKET

| | |
|---|---|
| Boehm v. Columb. Ry. P. & L. Co | 19681 |
| Central Cas. Co. v. Fleming | 19668 |
| Cinci. Trac. Co. v. Klinkenberg | 19682 |
| Cleve. Ry. v. Anderson | 19662 |
| Cleve. Ry. v. Williams | 19660 |
| Cooper v. Howes | 19669 |
| Drabik v. Burzych | 19640 |
| Easton v. Wilcox | 19708 |
| Enright v. B. & O. Rd. Co | 19663 |
| Ghaster v. Fostoria (City) | 19618 |
| Hecht v. Kresge | 19686 |
| Hozsuch v. St. Clairsville Cem. Assn | 19559 |
| Kunkle et v. Popowich | 19684 |
| Mich. Auto. Ins. Co. v. Van Buskirk | 19653 |
| O'Malley v. O'Malley | 19209 |
| Roberts v. Montgomery | 19674 |
| Rudy v. Lakeside Hospital | 19458 |
| State v. Peskind | 19741 |
| Vinson v. State | 19677 |